**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Application of<br><br>ILAN ROSENBERG, as designee in the proceedings involving the Estates of MARIO BRAND and BERTA RUDOVSKY<br><br>For an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in Foreign Proceedings | Case No.  26-Misc-_____ |

**DECLARATION OF ILAN ROSENBERG**

I, ILAN ROSENBERG, declare as follows:

1.      I am an attorney licensed to practice law in Mexico, in the Commonwealth of Pennsylvania, and in the State of Texas, and a partner at Freiwald Law, P.C. in Philadelphia, Pennsylvania.

2.      I am a native speaker of both English and Spanish, and active in the practice of law in both Latin American civil law jurisdictions and before the courts in the United States of America.

3.      On March 2, 2026, the Fifth Civil Court in San Juan City, San Juan Province, Argentina issued a request for assistance directed to the courts in New York, New York, United States of America to assist it in obtaining certain records from New York-based Safra National Bank of New York (as successor of Bank Hapoalim); Valley National Bank (as successor of Bank Leumi USA); and Israel Discount Bank ("Respondents").

4.      The Fifth Civil Court's March 2, 2026 request designated the undersigned as a special agent to assist that Court in pursuing all efforts to secure discovery from Respondents.

5.      Specifically, the Fifth Civil Court requested that Respondents disclose:

   a.  Whether there existed or currently exists any account or financial investment or safe deposit box in the name of "Mario Brand" and/or "Mario Brandt" and/or "Mario Brant" and/or "Berta Rudovsky" as owner, joint owner, beneficiary, administrator and/or authorized signatory;

   b.  If so, a detail of all movements, including transfers, deposits, withdrawals, and/or any financial investments, along with any record of instructions authorizing those transactions, and the current balance of the account(s); and

   c.  A copy of any pertinent account agreements, and a list of all persons associated with each account.

6.    A certified and apostilled copy of the Fifth Civil Court's request of March 2, 2026, and a certified translation thereof, is attached hereto as Exhibit A.

7.    Respondents are all entities located in this District that are in the business of holding investment accounts in New York City, and processing instructions concerning those accounts from the pertinent accountholders or other authorized persons.

8.    The undersigned seeks discovery from Respondents—all entities identified by name by the Argentinian Court in the Foreign Proceedings—concerning the contractual genesis of any responsive accounts, the movements of those accounts, and the persons authorized to instruct the Respondents to effect those movements, all of which is information Respondents maintain and record in their ordinary course of business.

9.    Respondents maintain and routinely produce such records without significant cost or objection, whether as parties themselves or as third parties to litigation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 18, 2026.

Ilan Rosenberg

2